

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-12-00238-CR

Kimberly Clark **SAENZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 217th District Court, Angelina County, Texas
Trial Court No. CR28665
The Honorable Barry R. Bryan, Judge Presiding

## O R D E R

We **grant** the State's motion for extension of time. We **order** the State to file its brief by **July 15, 2013**. Counsel is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court